**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KANSAS CITY LIFE INSURANCE COMPANY**                              **PLAINTIFF**

**v.**                              **No. 4:11-cv-0665 KGB**

**ANTHONY FAKOURI and**
**PRESTON MORRIS**                                                  **DEFENDANTS**

## ORDER

On motion of plaintiff indicating that plaintiff has settled all claims asserted against

defendants in its complaint (Dkt. No. 17), this case is hereby dismissed with prejudice.

SO ORDERED this 19th day of December, 2012.

_____
Kristine G. Baker
United States District Judge